| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| The Law Offices of William G. Cort<br>William G. Cort, Esq. (SBN# 50326)<br>9040 Telegraph Road, Suite 206<br>Downey, CA 90242<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**APR 13 2015**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Gonzalez DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*SAN FERNADO VALLEY* DIVISION**

| In re:<br><br>    Emerita Garcia<br><br><br><br><br><br><br>                                          Debtor(s) | CASE NO.:  1:15-bk-10802-MT<br><br>CHAPTER:  7<br><br>**ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS**<br><br>[No hearing Required] |

**Movant** *(name)*:  **Emerita Garcia**

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on *04/08/2015* (docket entry number 18), the court orders as follows:

☒  The Motion is granted.  The court further orders as follows:

1.  Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*November 2014*                                    Page 1                    **F 9037.1.1.ORDER.RESTRICT.PERS.ID**

2.  The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

☐  The Motion is denied.

### 

Date: April 13, 2015

Maureen A. Tighe
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*November 2014*                                          Page 2                          **F 9037.1.1.ORDER.RESTRICT.PERS.ID**

## ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

### LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED AND PUBLIC ACCESS TO BE RESTRICTED

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| Docket# 18 | 04/08/2015 | Response to motion regarding the automatic stay and declaration's in support |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*November 2014*                                     Page 3                          **F 9037.1.1.ORDER.RESTRICT.PERS.ID**