| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>WILLIAM G. CORT   (sbn: 50326)<br>Law Office Of William G. Cort<br>9040 Telegraph Rd., Ste. 204<br>Downey, CA 90240<br>Ph: (562) 923-6761<br>Fx: (562) 869-1200<br>Email: williamgcortdocuments@gmail.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 08 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Gonzalez **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** *SAN FERNANDO VALLEY* **DIVISION**

| In re:<br><br>EMERITA GARCIA<br><br><br><br>Debtor(s). | CASE NO.: 1:15-bk-10802-MT<br>CHAPTER: 7<br><br>**ORDER ON DEBTOR'S MOTION TO CONVERT CASE UNDER**<br>**11 U.S.C. §§ 706(a) or 1112(a)**<br><br>Hearing info:<br>Date: May 6, 2015<br>Time: 11:00 a.m.<br>Location: 21041 Burbank Blvd., Crtrm 302, Woodland Hills, CA 91367 |
|---|---|

Pursuant to LBR 1017-1, Debtor moved to convert this chapter 7 case to a case under chapter 13.

FINDING that this case was not previously converted from another chapter and Debtor is entitled to relief under the chapter to which conversion is sought, the court orders as follows:

1. ☒ Motion granted.  This case is converted to chapter 13 pursuant to 11 U.S.C. § 706(a).  If this case is being converted to chapter 13, Debtor must file a Chapter 13 Plan no later than 14 days after the date of the entry of this order.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 1 | F 1017-1.1.ORDER.DEBTOR.CONVERT

2.   ☐   Motion granted.  This case is converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

3.   ☐   Motion denied without prejudice on the following grounds *(specify):*      ☐   See attached page

4.   ☐   Motion denied with prejudice on the following grounds:

   a.   ☐   Case previously converted under 11 U.S.C. §    ☐ 1112    ☐ 1208    ☐ 1307

   b.   ☐   Debtor is not an eligible debtor under the chapter to which conversion is sought

   c.   ☐   Debtor is not acting or has not acted in good faith and, therefore, is not eligible to be a debtor under chapters 11, 12 or 13

   d.   ☐   Debtor is not a debtor in possession as required under 11 U.S.C. § 1112

   e.   ☐   Case was originally commenced as an involuntary chapter 11 case and is not eligible for automatic conversion under 11 U.S.C. § 1112

5    ☐   This matter is set for hearing as follows:    *Date*:            *Time*:            *Courtroom*:
         Address of courtroom:

6.   ☐   Notice is required as follows *(specify)*: _____    ☐ See attached page

7.   ☐   Court further orders as follows *(specify)*: _____    ☐ See attached page

###

Date: May 8, 2015

*[signature: Maureen A. Tighe]*
Maureen A. Tighe
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 2                          **F 1017-1.1.ORDER.DEBTOR.CONVERT**